# United States Court of Appeals
## For the First Circuit

No. 18-1039

UNITED STATES OF AMERICA,

Appellee,

v.

DAVID WRIGHT,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on August 28, 2019, is amended as follows:

Starting on page 7, line 1, replace:

> However, such information can be so used only "with the approval of the Attorney General if the information indicates a threat of death or serious bodily harm to any person." Id.

with:

> However, "[i]n the event" that the government's after-the-fact application to the FISC "is denied, or in any other case where the electronic surveillance is terminated and no order is issued approving the surveillance," such information can be so used only "with the approval of the Attorney General if the information indicates a threat of death or serious bodily harm to any person." Id.

On page 44, line 20-21, replace "reduced the government's burden to prove" with "relieved the government of its burden to prove"